UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM INSURANCE, et al.,<br><br>    Defendants. | No. 1:25-cv-00431-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT LEAVE TO AMEND<br><br>Docs. 1, 6 |

Duchun Goodwin, proceeding pro se and in forma pauperis, filed this action on April 14, 2025. Doc. 1. On April 28, 2025, the assigned magistrate judge screened the complaint, found that it failed to state a claim, and granted plaintiff thirty days to file an amended complaint. Doc. 4. Plaintiff failed to file an amended complaint, and on June 4, 2025, the assigned magistrate judge issued findings and recommendations recommending that this matter be dismissed for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 6.

The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. *Id.* at 13. The Court also informed plaintiff that the failure to file objections within the specified time may result in the waiver of rights on appeal. No objections have been filed and the time to do so has passed.

1

1    In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 4, 2025, Doc. 6, are ADOPTED;
2. This action is DISMISSED without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 26, 2025

_____
UNITED STATES DISTRICT JUDGE

2